UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HASHEEM D. FOSTER,

                Plaintiff,

-against-

JOHN or JANE DOE, M.D., et al.,

                Defendants.

20-CV-9924 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued May 24, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  May 24, 2021
          New York, New York

                                                  Louis L. Stanton
                                                      U.S.D.J.